IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-00117-RLV-DCK

| | |
|---|---|
| MICHAEL FRANCES CIGNARALE, AS ADMINISTRATOR OF THE ESTATE OF MARIE DWYER CIGNARALE, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )      **ORDER** |
| | ) |
| SSC MOORESVILLE OPERATING COMPANY LLC D/B/A BRIAN CENTER MOORESVILLE, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' Agreed Motion for Trial Setting (the "Motion"). [Doc. No. 10]. Having fully considered the parties' request for a new trial date, the Court will **DENY** the Motion. Accordingly, this matter will remain on the Court's September 2016 trial calendar. The Court will, however, attempt to accommodate any attorney scheduling or witness conflicts as they may arise.

**SO ORDERED**.

Signed: March 31, 2016

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge