# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### CIVIL ACTION NO. 5:15-CV-117-RLV-DCK

| | | |
|---|---|---|
| MICHAEL FRANCES CIGNARALE, as Administrator of the Estate of MARIE DWYER CIGNARALE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| SSC MOORESVILLE OPERATING COMPANY LLC, d/b/a BRIAN CENTER MOORESVILLE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 12) notifying the Court that the parties reached a settlement on April 4, 2016. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **April 29, 2016**.

Signed: April 8, 2016

David C. Keesler
United States Magistrate Judge